# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phillip T. Boney,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                                3:10-cv-392-RJC

North Carolina Department of Corrections and
Donnie Edward, Captain at the Lanesboro
Correctional Institution,

        Defendants.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2011 Order.

                                              Signed: February 8, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court